Submitted on record and briefs April 6, reversed May 16, 2007

In the Matter of
O. Y. N. G., a Minor Child.

STATE ex rel JUVENILE DEPARTMENT
OF HOOD RIVER COUNTY,
*Respondent,*

*v.*

L. N.,
*Appellant.*

Hood River County Circuit Court J0507701;
Petition Number J0507702; A134104

159 P3d 333

Inge D. Wells filed the brief for appellant. With her on the brief was Wells & Wells.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Sercombe, Judges.

PER CURIAM

**PER CURIAM**

Mother appeals a judgment finding child to be within the jurisdiction of the juvenile court. ORS 419B.100. At the time that the dependency petition was filed, child was a resident of Mexico. The state concedes that ORS 419B.100 "does not appear to permit a juvenile court to take jurisdiction over a child living in another country * * *." We agree and accept the state's concession. *Cf. State ex rel Juv. Dept. v. Kennedy*, 66 Or App 89, 94, 672 P2d 1233 (1983) (concluding, under former version of juvenile code, that "personal jurisdiction over a child in a dependency proceeding is proper when the child is a resident or a non-resident who is taken into custody within the state" (footnote omitted)).

Reversed.